# UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched):
**Express Mail Parcel Number EB668806652US addressed as follows: RAW 211 E. LOMBARD ST. #108 BALTIMORE, MD 21202 bearing a return address of: MIKE HUNTER 1927 MOSS AVE OAKLAND, CA 94601** which is currently in the possession of the U. S. Postal Inspection Service, Linthicum Heights, MD

## SEARCH WARRANT

CASE NUMBER: 09-526-JKB

TO: POSTAL INSPECTOR Brian J. Evans and any Authorized Officer of the United States

Affidavit(s) having been made before me by Brian J. Evans who has reason to believe that in the property or premises known as (name, description and/or location)

Express Mail Parcel Number EB668806652US addressed as follows: RAW 211 E. LOMBARD ST. #108 BALTIMORE, MD 21202 bearing a return address of: MIKE HUNTER 1927 MOSS AVE OAKLAND, CA 94601 which is currently in the possession of the U. S. Postal Inspection Service, Linthicum Heights, MD.

in the _____ District of _____ Maryland _____ there is

A quantity of controlled dangerous substance constituting evidence of the commission of a criminal offense, specifically the unlawful transportation of a controlled dangerous substance via the U. S. Mail for the purpose of facilitating possession with intent to distribute the controlled dangerous substance in violation of Title 21, United States Code, Section 843 (b) and 841(a)(1) and/or use of the mail with the intent to distribute the proceeds of any unlawful activity in violation of Title 18, United States Code, Section 1952(a)(1) as more fully set out in the affidavit submitted in support of the application for this warrant.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HERE BY COMMANDED to search on or before   2/22/09
_____
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly returned this warrant to the Honorable Judge BREDAR, U. S. Magistrate Judge, as required by law.

_____
U.S. Judge or Magistrate

2/12/09   4:17 P.M.   at   Baltimore, Maryland
Date and Time Issued             City and State

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>2/12/09 | DATE AND TIME WARRANT EXECUTED<br>2/12/09 5:10 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>USPIS |

INVENTORY MADE IN THE PRESENCE OF
Inspectors B. Evans, + D. Forristall

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

a brown cardboard box, white packing peanuts, a black plastic Sterilite container, and three individually-wrapped bundles, which each included: the Food Saver vacuum sealed plastic bags, dryer sheets, vacuum sealed plastic bags, and green leafy substance that field-tested positive for THC, weighing approx. 1750 grams (in wrapping).

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Brian J. Evans_

Subscribed, sworn to and returned before me this date.

_James K. Bredar_                     3/9/09
U.S. Judge or Magistrate                     Date